| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON            DATE:   <u>6-22-2015</u>
          U.S. MAGISTRATE JUDGE             TIME:   <u>4:16 p.m. (1 hr 24 minutes)</u>

## *Kraus v. Lee, et al.,*
## CV 14-4143 (DRH) (AKT)

TYPE OF CONFERENCE:            **TRAVERSE HEARING**

APPEARANCES:   Plaintiff:    Kenneth S. Pelsinger

               Defendants:   Kenneth C. Lee, Pro Se
                             Patricia Lee, Pro Se **via telephone**
                             (Redline Capital, LLC)
                             David S. Hoffner (Interactive Brokers, LLC) - **EXCUSED**

FTR:   4:16-5:40

Exhibits marked and admitted.

Traverse hearing to continue on June 26, 2015 at 3:30 p.m. Patricia Lee to appear in person.